IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRUCE MCINTOSH,            )
                           )
         Plaintiff,        )
                           )
   v.                      )     1:15CV970
                           )
JACOBS TECHNOLOGY,         )
                           )
         Defendant.        )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (Doc. 7) is **GRANTED** and that this case is **DISMISSED**.

This the 25th day of August, 2016.

	_____
	United States District Judge